E-FILED 07/06/12

JS-6

UNTIED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MATOI,<br><br>            Plaintiff,<br><br>    VS.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,<br><br>            Defendants. | Case No.: CV11-8881 PSG (PJWx)<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties.  The parties are to bear their own respective attorneys' fees and costs.

DATED: __07/06/12__          _____
                              PHILIP S. GUTIERREZ
                              UNITED STATES DISTRICT JUDGE

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525